≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

UNITED STATES

V.

CONRAD GALLANT

**EXHIBIT AND WITNESS LIST**

Case Number: 12-4032-TSH

| PRESIDING JUDGE Timothy S. Hillman | PLAINTIFF'S ATTORNEY Pellegrini | DEFENDANT'S ATTORNEY Martin |
|---|---|---|
| TRIAL DATE (S) 4/2/2012 | COURT REPORTER 10:00 | COURTROOM DEPUTY Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 4/2/2012 | | | Christopher Diorio |
| | | | | | Lorraine Gallant |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 4/2/2012 | X | X | Affidavit in Support of Criminal Compliant as to Conrad Gallant |
| | 2 | 4/2/2012 | X | X | Affidavit of Lorraine Gallant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages