UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
12-40041-TSH

UNITED STATES OF AMERICA
v.

CONRAD GALLANT

**FINAL STATUS REPORT**

December 13, 2012

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, December 13, 2012 pursuant to the provisions of Local Rule 116.5(c).  Based on that conference, this court enters the following report and orders, to wit:

1. It is presently anticipated that the case will proceed to trial.  A superceding indictment will be sought shortly.

2. The government is continuing to make its discovery presently at the State Police Laboratory available for the defendant and his expert(s).  In addition, the government will produce its expert discovery 30 days before trial, and the defendant will produce his reciprocal discovery 15 days before trial.

3. The government does not anticipate producing any additional discovery except in response to the outstanding discovery requests and as required by the Local Rules.

4. There are no outstanding or anticipated discovery disputes.

5. The defendant may file dispositive motions by **January 24, 2013.**  The government shall respond to such motions by **February 25, 2013.**

6. Based upon the prior orders of the court dated July 20, 2012, August 16, 2012, September 27, 2012, November 1, 2012, November 8, 2012, November 14, 2012 and the order entered contemporaneously herewith, as of February 25, 2013 there will be zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried.

7.      The parties estimate that the trial will last two (2) weeks.

8.      The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                    / s / Judith Gail Dein
                    JUDITH GAIL DEIN
                    UNITED STATES MAGISTRATE JUDGE